# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ARMANDO B. CORTINAS, JR.,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01549-RFB-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 6). Respondents seek a 90-day enlargement of time, up to and including October 14, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted. The Court notes, however, that due to the length of the extension granted herein, the Court is disinclined to grant further extensions barring a showing of extraordinary circumstances.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (ECF No. 6) is **GRANTED.** The response shall be filed on or before **October 14, 2015.**

Dated this 6th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE