# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARMANDO B. CORTINAS, JR., | |
| *Petitioner*, | Case No. 2:14-cv-01549-RFB-CWH |
| vs. | ORDER |
| D. W. NEVENS, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (ECF No. 32) for an extension of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including March 22, 2017. Any deadline established herein and/or any extension thereof will not signify any implied finding by the Court either (a) as to the timeliness of a filing by the deadline or extension thereof or (b) of the presence of a basis for tolling during the time period established.

DATED  December 27, 2016

_____
RICHARD F. BOULWARE, II
United States District Judge